IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LOUIS PREDILETTO,<br><br>Defendant. | CR 19-132-BLG-SPW-3<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, June 15, 2022 at 10:30 a.m., is **VACATED** and **RESET** to commence on **Wednesday, June 15, 2022 at 2:30 p.m.**, changing the time of the hearing only.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 14th day of April, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1